IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02438-BNB

DANIEL L. ROSALES,

    Plaintiff,

v.

JOE ORTIZ, Director of D.O.C.,
WARDEN LARRY REID,
CASE MANAGER WATKINS,
ANTHONY DeCESARO, D.O.C. Grievance Officer,
CASE MANAGER LINDSEY,
MAJOR RON WAGER,
RICK WRIGHT, Programs Manager,
RON TWILEGER, Programs Supervisor,
DOUG WILSON, Housing Supervisor,
CAPTAIN LINAM,
LT. DeARCHANGELA,
SERGEANT MORRIS,
SERGEANT WARING,
SARGENT WILSON,
C/O CHASE,
C/O LEWIS,
C/O PAUL,
C/O CORDOVA,
C/O LANGONI,
C/O KEIL,
C/O PRICE,
C/O ARGUELLO,
SERGEANT JANTELL,
SERGEANT MEYERS,
C/O DUKE,
C/O REEZAK,
C/O CRAWFORD,
C/O MOISER,
C/O THOMAS, and
SERGEANT SMITH,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 4 2007

GREGORY C. LANGHAM
CLERK

ORDER DIRECTING PLAINTIFF
TO FILE AMENDED COMPLAINT

Plaintiff Daniel L. Rosales is a prisoner in the custody of the Colorado Department of Corrections at the Sterling, Colorado, Correctional Facility. Mr. Rosales has filed a *pro se* Prisoner Complaint pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1343. In the Complaint, Plaintiff asserts violations of his First, Fourth, Eighth, and Fourteenth Amendment rights.

The Court must construe the Complaint liberally because Mr. Rosales is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Rosales will be ordered to file an Amended Complaint.

Personal participation is an essential allegation in a civil rights action. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, the plaintiff must show that each defendant caused the deprivation of a federal right. *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each named Defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993). Also, a defendant may not be held liable merely because of his or her supervisory position. *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983). Although Plaintiff has stated claims against several named Defendants, he has failed to state specifically what all named Defendants did to violate his constitutional rights.

Plaintiff also is instructed to include the addresses for each named Defendants listed in "Section A." of the Prisoner Complaint form. Accordingly, it is

ORDERED that Mr. Rosales file **within thirty days from the date of this Order** an original copy of an Amended Complaint that states specifically what each named Defendant did to violate his constitutional rights. It is

FURTHER ORDERED that the Amended Complaint shall be titled "Amended Prisoner Complaint," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Rosales, together with a copy of this Order, two copies of the Prisoner Complaint form for use in submitting the Amended Complaint. It is

FURTHER ORDERED that Mr. Rosales submit sufficient copies of the Amended Complaint to serve each named Defendant. It is

FURTHER ORDERED that, if Mr. Rosales fails to comply with this Order to the Court's satisfaction, within the time allowed, the Complaint and the action will be dismissed without further notice.

DATED February 14, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02438-BNB

Daniel L. Rosales
Prisoner No. 115593
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on 2/14/07

GREGORY C. LANGHAM, CLERK

By: /s/ Andrea
      Deputy Clerk