IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02438-EWN-CBS

DANIEL L. ROSALES,
    Plaintiff,
v.

JOE ORTIZ, Director of D.O.C.,
WARDEN LARRY REID, Centennial Correctional Facility (CCF),
CASE MANAGER WATKINS (CCF),
CASE MANAGER LINDSEY (CCF),
ANTHONY DECESARO, DOC Grievance Officer,
SERGENT MORRIS (CCF),
SERGENT WARING (CCF),
SERGENT WILSON (CCF),
C/O CHASE (CCF),
C/O PAUL (CCF),
C/O CORDOVA (CCF),
C/O LANGONI (CCF),
C/O KEIL (CCF),
C/O PRICE (CCF), and
C/O ARGUELLO (CCF),
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Rosales' letter (filed June 19, 2007) (doc. # 32) requesting "pretrial motions/discovery" from "the Milligan case." Pursuant to the Order of Reference dated April 24, 2007 (doc. # 17), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . ." The court has reviewed Mr. Rosales' letter, the entire case file, and the applicable law and is sufficiently advised in the

1

premises.

First, Rosales' letter violates the Local Rules for the District Court for the District of Colorado in several ways. D.C. COLO. LCivR 77.2 prohibits any "attorney or party to any proceeding" from sending "letters, pleadings, or other papers or copies directly to a judicial officer." "[A]ll matters to be called to a judicial officer's attention shall be submitted through the clerk, with copies served on all other parties or their attorneys." D.C. COLO. LCivR 77.2. It is apparent from the letter itself that Mr. Rosales did not serve a copy of the document on the Defendants or their counsel. Mr. Rosales is required to comply with Fed. R. Civ. P. 5(a) and (b) by serving by mail on Defendants or their counsel copies of all papers filed with the court, including an appropriate certificate of service. Nor has Mr. Rosales complied with D.C. COLO. LCivR 7.1A., which requires that, before filing a request with the court, he must confer or make reasonable, good-faith efforts to confer with opposing counsel regarding the subject of his request. "The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule." D.C. COLO. LCivR 7.1A.

Second, no scheduling conference has been set in this action, the court has not set a discovery schedule, and Mr. Rosales has not made his discovery requests through the proper procedures. Mr. Rosales' request for "pretrial motions/discovery" from "the Milligan case" is premature.

Accordingly, IT IS ORDERED that:

1.      Mr. Rosales' request made by letter (filed June 19, 2007) (doc. # 32) is DENIED as improperly filed and as premature.

2.     The Clerk of the Court is directed to mail Mr. Rosales a copy of the Local Rules for the District Court for the District of Colorado.

Dated at Denver, Colorado this 20th day of June, 2007.

BY THE COURT:


　　　　s/Craig B. Shaffer　　　
United States Magistrate Judge