IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02438-EWN-CBS

DANIEL L. ROSALES,
    Plaintiff,
v.

JOE ORTIZ, Director D.O.C., et al.,
    Defendant.

___

ORDER DIRECTING PLAINTIFF TO MAKE
MONTHLY FILING FEE PAYMENT OR TO SHOW CAUSE

___

Magistrate Judge Craig B. Shaffer

Mr. Rosales was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915. Section1915(b)(2) requires an indigent inmate plaintiff to make "monthly payments of 20 percent of the preceding month's income credited to his account" until the filing fee is paid in full. Mr. Rosales has been directed to make such payments. (*See* "Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915" (doc. # 6)). The court has specifically ordered Mr. Rosales to either to make the required monthly payment or to show cause why he has no assets and no means by which to make the monthly payments. (*See* doc. # 6). The court has warned Mr. Rosales that failure to comply with its Orders may result in the dismissal of this civil action. (*See* doc. # 6).

Since the filing of his initial Complaint, Mr. Rosales has made only 5 partial filing fee payments and has filed only two inmate trust fund account statements reflecting income credited to his account between June 11, 2006 and December 11, 2006 and between December 1, 2006 and January 9, 2007. (*See* docs. # 5, # 7, # 9, # 20, # 31,

# 39, and # 42). Mr. Rosales' filings reflect income credited to his account in the amounts of $311.17 between June 11, 2006 and December 11, 2006 and $20.87 between December 1, 2006 and January 9, 2007. (*See* docs. # 5 and # 7). The record demonstrates that Mr. Rosales has failed to comply with the court's December 28, 2006 Order, has failed to make the required monthly payments, and has failed to show good cause for his failure to submit the monthly payments.

Nor is it sufficient for Mr. Rosales to meet his monthly obligations only when specifically called upon by the court through an order to pay or show cause. Such a procedure unreasonably burdens the court. Hereafter the court will require Mr. Rosales, by the **15th day** of **each month** and without any further notice from or order of the court, either to make the required monthly payment for each preceding month or to file a certified copy of his inmate trust fund account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment. If Mr. Rosales fails to comply with this requirement in any month prior to the date on which the filing fee is paid in full, the court will recommend that the case be dismissed for failure to comply with § 1915 and the court's Orders.

Accordingly,

IT IS ORDERED that by the **15th day** of **each** month Mr. Rosales shall either make the required monthly payment for each month or file a certified copy of his inmate trust fund account statement for the month demonstrating that he is not required pursuant t o 28 U.S.C. § 1915(b)(2) to make a monthly payment. If payment is made for the preceding month, in order to verify that the appropriate amount is being paid,

2

Mr. Rosales must file a certified copy of his trust fund account statement for that month. The civil action number should be noted on all payments as well as on any trust fund statements that are filed with the court. If Mr. Rosales fails to comply with this Order, the court will recommend dismissal of this civil action without further notice.

DATED at Denver, Colorado this 21st day of November, 2007.

BY THE COURT:

s/ Craig B. Shaffer
United States Magistrate Judge