IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02438-EWN-CBS

DANIEL L. ROSALES,

        Plaintiff,

v.

JOE ORTIZ, Director of D.O.C.,
WARDEN LARRY REID, Centennial Correctional Facility (CCF),
CASE MANAGER WATKINS (CCF),
CASE MANAGER LINDSEY (CCF),
ANTHONY DECESARO, DOC Grievance Officer,
SERGENT MORRIS (CCF),
SERGENT WARING (CCF),
SERGENT WILSON (CCF),
C/O CHASE (CCF),
C/O PAUL (CCF),
C/O CORDOVA (CCF),
C/O LANGONI (CCF),
C/O KEIL (CCF),
C/O PRICE (CCF), and
C/O ARGUELLO (CCF),

        Defendants.

## ORDER TO CURE DEFICIENCY

Nottingham, Chief Judge

    Plaintiff submitted a Notice of Appeal on May 1, 2008. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**    **Filing Fee**
       X    is not submitted

**(B)**    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915**

**and Fed. R. App. P. 24**:
- X    is not submitted
- __    is missing affidavit
- __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
- __    is missing required financial information
- __    is missing an original signature by the prisoner
- __    is not on proper form (must use the court's current form)
- __    other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 2nd day of May, 2008.

BY THE COURT:

s/ Edward W. Nottingham
CHIEF UNITED STATES DISTRICT JUDGE